**Ada BLEVINS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 4, 1955.

See also, 258 S.W.2d 501.

Vernon A. Dinkle, Ashland, for appellant.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Ada Blevins was convicted on the charge of illegal possession of intoxicating liquors in local option territory, with one previous conviction. Her punishment was fixed at a fine in the sum of $200 and confinement in jail for 120 days. She has filed a motion for an appeal from this judgment.

We have examined the record, read the testimony, and find no error prejudicial to the rights of Ada Blevins.

The motion is overruled and judgment is affirmed.